# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Anna McHenry aka Anna Marie McHenry, aka Anna M McHenry | Chapter: 13 |
| | Bankruptcy No.: 4:23-bk-00255-MJC |
| Debtor | 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

           Movant

vs.

Anna McHenry aka Anna Marie McHenry, aka Anna M McHenry

           Debtor

and

Jack N Zaharopoulos

           Trustee

           RESPONDENTS

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE(S)

To the Debtor, Trustee, All Creditors and All Other Interested Parties:

Kindly enter the appearance of the undersigned attorney on behalf of secured creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III, its successors and/or assigns, in the above-captioned bankruptcy proceeding.

PLEASE TAKE NOTICE that the undersigned attorney requests that s/he be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices give or required to be given in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation all orders and notices including, without limitation, applications, motions, petition, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operation reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise.

| | |
|---|---|
| MAIL TO:<br>115 West Avenue, Suite 104<br>Jenkintown, PA 19046 | Respectfully submitted,<br><br>/s/ Michael Clark<br>Richard M. Squire, Esq.<br>M. Troy Freedman, Esq.<br>Michael J. Clark, Esq.<br>One Jenkintown Station, Suite 104<br>115 West Avenue<br>Jenkintown, PA 19046<br>215-886-8790<br>215-886-8791 (FAX)<br>rsquire@squirelaw.com<br>tfreedman@squirelaw.com<br>mclark@squirelaw.com |
| Dated: April 6, 2023 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re: Anna McHenry aka Anna Marie McHenry, aka Anna M McHenry | Chapter: 13 |
|---|---|
| | Bankruptcy No.: 4:23-bk-00255-MJC |
| Debtor | 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

                      Movant

                      vs.

Anna McHenry aka Anna Marie McHenry, aka Anna M McHenry

                      Debtor

                      and

Jack N Zaharopoulos

                      Trustee
                      RESPONDENTS

**CERTIFICATE OF SERVICE**

       I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Entry of Appearance and Request for Notice(s) electronically and/or via First Class Mail, postage prepaid.

Date Served: 04/06/2023

Jack N Zaharopoulos
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Anna McHenry
324 Main Streeet
Lopez, PA 18628

Patrick James Best
ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

      I hereby certify the foregoing to be true and correct under penalty of perjury.

                          Respectfully submitted,

                           /s/ Michael Clark
                          Richard M. Squire, Esq.
                          M. Troy Freedman, Esq.
                          Michael J. Clark, Esq.
                          One Jenkintown Station, Suite 104
                          115 West Avenue
                          Jenkintown, PA 19046
                          215-886-8790
                          215-886-8791 (FAX)
                          rsquire@squirelaw.com
                          tfreedman@squirelaw.com
                          mclark@squirelaw.com