IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Anna McHenry aka Anna Marie McHenry, aka Anna M McHenry<br><br>Debtor | Chapter: 13<br><br>Bankruptcy No.: 4:23-bk-00255-MJC<br><br>11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

          Movant

        vs.

Anna McHenry aka Anna Marie McHenry, aka Anna M McHenry

          Debtor

       and

Jack N Zaharopoulos

        RESPONDENTS

## WITHDRAW OF OBJECTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST III, TO CONFIRMATION OF DEBTOR`S PROPOSED CHAPTER 13 PLAN

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OF PENNSYLVANIA**

  Kindly withdraw the Objection to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III, to Confirmation of Debtor`s Proposed Chapter 13 Plan in the above captioned matter.

             Respectfully submitted,

             /s/ Michael Clark
             Richard M. Squire, Esq.
             M. Troy Freedman, Esq.
             Michael J. Clark, Esq.
             One Jenkintown Station, Suite 104
             115 West Avenue
             Jenkintown, PA 19046
             215-886-8790
             215-886-8791 (FAX)
             rsquire@squirelaw.com
             tfreedman@squirelaw.com
             mclark@squirelaw.com
             Attorney for Movant

Dated: May 2, 2023

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Anna McHenry aka Anna Marie McHenry, aka Anna M McHenry | Chapter: 13 |
| | Bankruptcy No.: 4:23-bk-00255-MJC |
| Debtor | 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

                         Movant

                      vs.

Anna McHenry aka Anna Marie McHenry, aka Anna M McHenry

                         Debtor

                and

Jack N Zaharopoulos

                         Trustee

                    RESPONDENTS

## CERTIFICATE OF SERVICE

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Withdraw of Objection of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III, to Confirmation of Debtor`s Proposed Chapter 13 Plan electronically and/or via First Class Mail, postage prepaid.

Date Served:    05/02/2023

Jack N Zaharopoulos  
Chapter 13 Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036

United States Trustee  
228 Walnut Street, Suite 1190  
Harrisburg, PA 17101

Anna McHenry  
324 Main Streeet  
Lopez, PA 18628

Patrick James Best
ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

      I hereby certify the foregoing to be true and correct under penalty of perjury.

                              Respectfully submitted,

                              /s/ Michael Clark
                              Richard M. Squire, Esq.
                              M. Troy Freedman, Esq.
                              Michael J. Clark, Esq.
                              One Jenkintown Station, Suite 104
                              115 West Avenue
                              Jenkintown, PA 19046
                              215-886-8790
                              215-886-8791 (FAX)
                              rsquire@squirelaw.com
                              tfreedman@squirelaw.com
                              mclark@squirelaw.com
                              Attorney for Movant