## LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Anna McHenry | : |
| | : |
| | : |
| | : |
| | : |
| **Debtor(s)** | : |
| Anna McHenry | : |
| | : |
| | : |
| | : |
| | : |
| **Plaintiff(s)/Movant(s)** | : |
| **vs.** | : |
| Wilmington Savings Fund Society, FSB d/b/a Christiana Trust as Trustee for PNPMS Trust III | : |
| | : |
| | : |
| | : |
| | : |
| **Defendant(s)/Respondent(s)** | : |

CHAPTER ___13___

CASE NO. _4_ - _23_ -bk- _00255-MJC_

ADVERSARY NO. __-__-ap-_____
 (if applicable)

Nature of Proceeding: _Motion to_

_Determine Post-Petition Mortgage Fees_

Document #: _____

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Movant's counsel has a scheduling conflict.

Additionally, Movant is preparing to file an Adversary Proceeding related to this Motion and will subsequently file a Motion to Consolidate the matters as they deal with the same underlying facts. As such, the case is not ready to proceed on 6/27/24.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: _____6/24/2024_____     /s/ Patrick J. Best _____

Attorney for _Movant_____

Name: _Patrick J. Best_____

Phone Number: _570-420-7431_____

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.

Case 4:23-bk-00255-MJC    Doc 32    Filed 06/24/24    Entered 06/24/24 11:36:24    Desc
Main Document      Page 1 of 1