**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ANNA MCHENRY | : | No. 4:23-bk-00255-MJC |
| | : | |
| Debtors. | : | Chapter 13 |

| | | |
|---|---|---|
| ANNA MCHENRY, | : | |
| | : | |
| Objector | : | |
| | : | |
| v. | : | |
| | : | |
| WILMINGTON SAVINGS FUND | : | Motion to Determine |
| SOCIETY, FSB, d/b/a CHRISTIANA | : | Postpetition Mortgage |
| TRUST AS TRUSTEE FOR PNPMS | : | Fees, Expenses & Charges |
| TRUST III | : | |
| Respondent. | : | |

## CERTIFICATE OF CONCURRENCE

The undersigned hereby certifies that the Respondent concurs with this Motion.

Date: <u>July 22, 2024</u>

/s/ Patrick J. Best
Patrick J. Best, Esq.
Attorney for Movant