United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00255-MJC |
| Anna McHenry | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 23, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

**Recip ID**     **Recipient Name and Address**
    +   Carlo Sabatini, Esquire, Sabatini Law Firm, 216 N. Blakely St., Dunmore, PA 18512-1904

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2024         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:

**Name**     **Email Address**

Brent J Lemon
    on behalf of Creditor M&T BANK blemon@kmllawgroup.com

Carlo Sabatini
    on behalf of Plaintiff Anna McHenry usbkct@bankruptcypa.com
    kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com

Denise E. Carlon
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Lauren Marie Moyer
    on behalf of Creditor Statebridge Company LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Lauren Marie Moyer
    on behalf of Defendant Statebridge Company LLC bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Lauren Marie Moyer
    on behalf of Defendant Wilmington Savings Fund Society FSB, D/B/A Christiana Trust As Trustee For PNPMS Trust III bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Michael J Clark
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III pabk@logs.com

Patrick James Best
    on behalf of Plaintiff Anna McHenry patrick@armlawyers.com hannah@armlawyers.com;notices@nextchapterbk.com

Patrick James Best
    on behalf of Debtor 1 Anna McHenry patrick@armlawyers.com hannah@armlawyers.com;notices@nextchapterbk.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 4:23-bk-00255-MJC |
| ANNA MCHENRY, ) | |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |
| ) | |
| ANNA MCHENRY, ) | |
| ) | |
| Plaintiff, ) | Adv. Proc. No. 4:24-ap-00036-MJC |
| ) | |
| v. ) | |
| ) | |
| WILMINGTON SAVINGS ) | |
| FUND SOCIETY, FSB, et. al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Debtor's Consent Motion to Consolidate Proceedings, Bankruptcy Dkt. # 38 ("Motion"), and after a hearing held on August 22, 2024, it is hereby

**ORDERED** that Motion is **GRANTED**; and it is further

**ORDERED** that the Motion to Determine Postpetition Mortgage Fees, Expenses, & Charges of Wilmington Savings Fund Society, FSB, Bankruptcy Dkt. # 27, ("Motion to Determine") and the Adversary Proceeding filed to 4:24-ap-00036-MJC ("Adversary") are hereby consolidated.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 23, 2024