Certificate Number: 13861-PAM-DE-039508669

Bankruptcy Case Number: 23-00255



13861-PAM-DE-039508669

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 1, 2025</u>, at <u>5:29</u> o'clock <u>PM PDT</u>, <u>Anna McHenry</u> completed a course on personal financial management given <u>by internet</u> by <u>Evergreen Financial Counseling</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 1, 2025</u>

By: <u>/s/Kelly M Overton</u>

Name: <u>Kelly M Overton</u>

Title: <u>Counselor</u>