United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00255-MJC |
| Anna McHenry | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2
Date Rcvd: Apr 29, 2025      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5532642 | + | Wilmington Savings Fund Society, FSB, d/b/a, Christiana Trust as Trustee for PNPMS Tr, c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue Jenkintown, PA 19046-2031 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Plaintiff Anna McHenry usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jason Brett Schwartz | on behalf of Defendant Wilmington Savings Fund Society FSB, D/B/A Christiana Trust As Trustee For PNPMS Trust III bkecf@friedmanvartolo.com |
| Jason Brett Schwartz | on behalf of Defendant Statebridge Company LLC bkecf@friedmanvartolo.com |

Jason Brett Schwartz

on behalf of Service Addressee Wilmington Savings Fund Society FSB bkecf@friedmanvartolo.com

Lauren Marie Moyer

on behalf of Creditor Statebridge Company LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Lauren Marie Moyer

on behalf of Defendant Statebridge Company LLC bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Lauren Marie Moyer

on behalf of Defendant Wilmington Savings Fund Society FSB, D/B/A Christiana Trust As Trustee For PNPMS Trust III bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Michael J Clark

on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III pabk@logs.com

Patrick James Best

on behalf of Debtor 1 Anna McHenry patrick@armlawyers.com
notices@nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com

Patrick James Best

on behalf of Plaintiff Anna McHenry patrick@armlawyers.com
notices@nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com

Sarah K. McCaffery

on behalf of Defendant Wilmington Savings Fund Society FSB, D/B/A Christiana Trust As Trustee For PNPMS Trust III smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

Sarah K. McCaffery

on behalf of Defendant Statebridge Company LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Anna McHenry, | : | Case No. 4:23-00255-MJC |
|     Debtor. | : | |

| | | |
|---|---|---|
| Anna McHenry, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Adversary Proceeding |
| | : | No. 4:24-00036-MJC |
| Wilmington Savings Fund Society, | : | |
| FSB, d/b/a Christiana Trust as Trustee | : | |
| for PNPMS Trust III, | : | |
| Statebridge Company, LLC, | : | |
|     Defendants. | : | |

## ORDER

Upon consideration of Debtor's Motion to Approve Settlement and Confirm Compliance with Bankruptcy Rule 2016 and the Settlement Agreement, filed at Dkt. #s 46 and 48 in the main case ("Motion"), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, it is hereby

**ORDERED** that the Motion is **GRANTED**. The settlement is **APPROVED**.

By the Court,

_/s/ Mark J. Conway_
Mark J. Conway, Bankruptcy Judge
Dated: April 28, 2025