IN THE UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | Anna McHenry *aka* Anna Marie McHenry *aka* Anna M McHenry<br>Debtor | CASE NO.: 4:23-bk-00255-MJC<br><br>CHAPTER 13 |
|---|---|---|
| | Anna McHenry *aka* Anna Marie McHenry *aka* Anna M McHenry<br>Movant | JUDGE Mark J. Conway |
| | Statebridge Company, LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III<br>Jack N Zaharopoulos, Trustee<br>Respondents | |

## PRAECIPE TO WITHDRAW PROOF OF CLAIM 4-1

Statebridge Company, LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III (hereinafter "Statebridge") files this praecipe to withdraw proof of claim 4-1 in accordance with the Settlement Agreement approved by the Court on April 28, 2025 (Doc. 51). Pursuant to the approved Settlement Agreement, Statebridge refunded $12,058.97 to the Chapter 13 Trustee on May 1, 2025.

Dated: May 29, 2025

By: /s/ Sarah K. McCaffery, Esq.
Sarah K. McCaffery, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Creditor, Statebridge Company, LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III
1325 Franklin Avenue, Suite 230
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

IN THE UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anna McHenry *aka* Anna Marie McHenry *aka* Anna M McHenry<br>Debtor<br><br>Anna McHenry *aka* Anna Marie McHenry *aka* Anna M McHenry<br>Movant<br><br>Statebridge Company, LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III<br>Jack N Zaharopoulos, Trustee<br>Respondents | CASE NO.: 4:23-bk-00255-MJC<br><br>CHAPTER 13<br><br>JUDGE Mark J. Conway |

**CERTIFICATE OF SERVICE OF PRAECIPE TO WITHDRAW**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 29, 2025.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: May 29, 2025

By: /s/ Sarah K. McCaffery, Esq.
Sarah K. McCaffery, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Creditor, Statebridge Company, LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III
1325 Franklin Avenue, Suite 230
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

**Service by Regular Mail**

Anna McHenry aka Anna Marie McHenry aka Anna M. McHenry
324 Main Street
Lopez, PA 18628
***Bankruptcy Debtor***

**Service by NEF**

Patrick James Best
Arm Lawyers
18 N. 8th St.
Stroudsburg, PA 18360
***Debtor's Attorney***

Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
***Debtor's Attorney***

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
***Bankruptcy Trustee***

Asst. U.S. Trustee
1501 N. 6th St
Harrisburg, PA 17102
***United States Trustee***