| | |
|---|---|
| In re: | Case No. 23-00255-MJC |
| Anna McHenry | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 17, 2025 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

**Recip ID**  **Recipient Name and Address**
db  + Anna McHenry, 324 Main Street, Lopez, PA 18628-9002

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

**Name**  **Email Address**

Carlo Sabatini
    on behalf of Plaintiff Anna McHenry usbkct@bankruptcypa.com
    kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Denise E. Carlon
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

Jason Brett Schwartz
    on behalf of Service Addressee Wilmington Savings Fund Society FSB bkecf@friedmanvartolo.com

Jason Brett Schwartz
    on behalf of Defendant Statebridge Company LLC bkecf@friedmanvartolo.com

Jason Brett Schwartz
on behalf of Defendant Wilmington Savings Fund Society FSB, D/B/A Christiana Trust As Trustee For PNPMS Trust III bkecf@friedmanvartolo.com

Lauren Marie Moyer
on behalf of Defendant Statebridge Company LLC bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Lauren Marie Moyer
on behalf of Defendant Wilmington Savings Fund Society FSB, D/B/A Christiana Trust As Trustee For PNPMS Trust III bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Lauren Marie Moyer
on behalf of Creditor Statebridge Company LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Michael J Clark
on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III pabk@logs.com

Patrick James Best
on behalf of Debtor 1 Anna McHenry patrick@armlawyers.com notices@nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com

Patrick James Best
on behalf of Plaintiff Anna McHenry patrick@armlawyers.com notices@nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com

Sarah K. McCaffery
on behalf of Creditor Statebridge Company LLC as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

Sarah K. McCaffery
on behalf of Defendant Wilmington Savings Fund Society FSB, D/B/A Christiana Trust As Trustee For PNPMS Trust III smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

Sarah K. McCaffery
on behalf of Defendant Statebridge Company LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Anna McHenry, aka Anna Marie McHenry, aka Anna M McHenry, | Chapter | 13 |
| **Debtor 1** | Case No. | 4:23−bk−00255−MJC |

Social Security No.:
        xxx−xx−7889

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: September 17, 2025

**fnldec** (01/22)