Debtor 1    Anna McHenry aka Anna Marie McHenry aka Anna M McHenry
(Spouse, if filing)

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   23-00255 MJC

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T BANK

**Court claim no**. (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 2769

**Does this notice supplement a prior notice of postpetition fees, Expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Colley Township Parcel 020560008 | 04/10/2023 | (11) | $ 71.57 |
| 12. Other. Specify: Colley Township Parcel 020560009 | 04/10/2023 | (12) | $ 266.42 |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page **1**

| Debtor 1 | Anna McHenry aka Anna Marie McHenry aka Anna M McHenry | Case number (*if known*) 23-00255 MJC |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michael P. Farrington          Date 04/28/2023
  Signature

Print:  Michael P. Farrington                    Title  Attorney for Creditor
        First Name   Middle Name   Last Name

Company  KML Law Group, P.C.

Address  701         Market Street, Suite 5000
         Number      Street

         Philadelphia,        PA        19106
         City                 State     Zip Code

Contact phone (215) 627–1322            Email  mfarrigton@kmllawgroup.com

---

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page **2**
                                                                                                  249

Case 4:23-bk-00255-MJC    Doc    Filed 05/08/23    Entered 05/08/23 13:51:58    Desc
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Anna McHenry aka Anna Marie McHenry aka Anna M McHenry**<br>         **Debtor(s)** | BK NO. 23-00255 MJC<br><br>Chapter 13 |
| **M&T BANK**<br>         **Movant**<br>    vs. | Related to Claim No. 2-1 |
| **Anna McHenry aka Anna Marie McHenry aka Anna M McHenry**<br>         **Debtor(s)** | |
| **Jack N. Zaharopoulos**,<br>         **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 8, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Anna McHenry aka Anna Marie McHenry aka Anna M McHenry
324 Main Street
Lopez, PA 18628

Attorney for Debtor(s) (via ECF)
Patrick James Best
ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: May 8, 2023

                                            */s/ Michael P. Farrington*
                                            Michael P. Farrington Esq.
                                            Attorney I.D. 329636
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            COM(215) 825-6488
                                            mfarrington@kmllawgroup.com