| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Anna McHenry |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | **Middle District of Pennsylvania** (State) |
| Case number | 4:23-bk-00255-MJC |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

Filing this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1

**Name of creditor:** Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

**Court claim no.** (if known): 4

**Last four digits** of any number you use to identify the debtor's account: XXXXXX1806

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice: _____

## Part 1: Itemize Postpetiton Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney Fees | 04/06/2023 – Plan Review<br>04/18/2023- Obj to Plan | (3) | $ 475.00<br>550.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 04/14/2023 – Proof of Claim | (5) | $ 725.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Anna McHenry | | Case Number *(if known)* | 4:23-bk-00255-MJC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michael Clark   Date 06/01/2023
Signature

Print: Michael Clark   Bar No.: 202929   Title Bankruptcy Attorney
  First name   Middle Name   Last name

Company: RICHARD M. SQUIRE & ASSOCIATES, LLC

Address: 115 West Avenue, Suite 104,
  Number   Street

Jenkintown, PA 19046
City   State   Zip Code

Contact phone: (215) 886-8790   Email: mclark@squirelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Anna McHenry aka Anna Marie McHenry, aka Anna M McHenry<br><br>Debtor | Chapter: 13<br><br>Bankruptcy No.: 4:23-bk-00255-MJC<br><br>11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

                Movant

      vs.

Anna McHenry aka Anna Marie McHenry, aka Anna M McHenry

                Debtor

      and

Jack N Zaharopoulos

                Trustee

              RESPONDENTS

**CERTIFICATE OF SERVICE**

   I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Notice of Postpetition Mortgage Fees, Expenses, and Charges electronically and/or via First Class Mail, postage prepaid.

Date Served:   06/01/2023

Jack N Zaharopoulos
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Anna McHenry
324 Main Streeet
Lopez, PA 18628

Patrick James Best
ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

      I hereby certify the foregoing to be true and correct under penalty of perjury.

                                      Respectfully submitted,

                                      /s/ Michael Clark
                                    Richard M. Squire, Esq.
                                    Michael J. Clark, Esq.
                                    One Jenkintown Station, Suite 104
                                    115 West Avenue
                                    Jenkintown, PA 19046
                                    215-886-8790
                                    215-886-8791 (FAX)
                                    rsquire@squirelaw.com
                                    mclark@squirelaw.com