Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** M&T BANK

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 2769

**Date of payment change:**
Must be at least 21 days after date of this notice    09/01/2025

**New total payment:** $326.85
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $172.34      **New escrow payment:** $ 153.57

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%       **New interest rate:** _____%

   **Current principal and interest payment:** $_____       **New principal and interest payment:** $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   **Current mortgage payment:** $_____       **New mortgage payment:** $_____

Official Form 410S1                        Notice of Mortgage Payment Change                        page 1

Case 4:23-bk-00255-MJC    Doc    Filed 07/21/25    Entered 07/21/25 12:31:12    Desc
Document ID: 40f69e1a1121bbdc24aaa9a29f032b666f616eb487b5a589756fda30890e167e
Main Document    Page 1 of 2

| Debtor(s) | Anna |  | McHenry | Case number (*if known*) | 23-00255 MJC |
|---|---|---|---|---|---|
|  | First Name | Middle Name | Last Name |  |  |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Denise Carlon*      Date  07/18/2025
Signature
Print: Denise Carlon
18 Jul 2025, 12:37:57, EDT

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701  Market Street, Suite 5000
     Number     Street
Philadelphia,      PA    19106
City      State    ZIP Code

Contact phone  (215) 627–1322     Email  bkgroup@kmllawgroup.com